1 | Byron Z. Moldo (SBN 109652)
  | Faye C. Rasch (SBN 253838)
2 | **ERVIN, COHEN & JESSUP LLP**
  | 9401 Wilshire Boulevard, Ninth Floor
3 | Beverly Hills, California 90212-2974
  | Telephone  (310) 273-6333
4 | Facsimile  (310) 859-2325
  | frasch@ecjlaw.com
5 |
6 | Attorneys for Debtor
  | and Debtor in Possession
7 |

FILED & ENTERED

DEC 23 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

**MONIKA AREFI**,

           Debtor.

)  Case No.  2:13-bk-33301-BR
)
)  Chapter 11
)
)  **OMNIBUS ORDER RE:**
)  **(1) APPLICATION TO EMPLOY REAL ESTATE BROKER;**
)  **(2) APPLICATION TO EMPLOY GENERAL COUNSEL;**
)  **(3) STATUS CONFERENCE – DISCLOSURE STATEMENT; AND**
)  **(4) DISMISSAL OF CASE**
)
)  **Hearing Date:**
)
)  Date:    **December 11, 2013**
)  Time:   **10:00 a.m.**
)  Place:  **Courtroom 1668**

On December 11, 2013 ("Hearing"), Debtor, Monika Arefi, JP Morgan Chase ("Chase"), Miracle Day Investments, LLC ("Miracle Day"), and Los Angeles County appeared before the Court, by and through their counsel as stated on the record, on the Application to Employ Real Estate Broker, Application to Employ General Counsel, and Status Conference regarding the Disclosure Statement. At the Hearing, the Debtor requested that the Application to Employ Real Estate Broker be withdrawn. There were no objections to this request. Therefore, the Court granted the Debtor's request.

Ervin, Cohen
& Jessup LLP

14813.1:1927367.1

OMNIBUS ORDER

The Debtor also requested that the Court approve the Application to Employ General Counsel, Ervin Cohen & Jessup, LLP ("ECJ"). There were no objections to this request. Therefore, the Court granted the Debtor's request, provided however that ECJ's employment would be approved only through and including the date upon which the Court entered its order dismissing the above captioned bankruptcy case ("Bankruptcy Case").

The Debtor further requested that the Disclosure Statement and Plan of Reorganization ("Plan") filed on November 22, 2013 be withdrawn. There were no objections to this request.

In addition, the Debtor requested that the Bankruptcy Case be dismissed. Miracle Day and Chase each objected to this request. The Court granted the Debtor's request over the objections of Miracle Day and Chase.

In accordance with the Court's rulings on the record, and sufficient cause appearing therefore, it is hereby

**ORDERED THAT:**

1. The Application to Employ Real Estate Broker is withdrawn.

2. The Application to Employ ECJ as general counsel is approved through and including the date upon which the Court enters the instant order dismissing the Bankruptcy Case.

3. The Disclosure Statement and Plan are withdrawn.

4. The Bankruptcy Case is dismissed.

5. The Debtor is barred from filing for relief under Title 11 of the United States Code from the date hereof through and including December 11, 2014.

###

Date: December 23, 2013

_____
Barry Russell
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **OMNIBUS ORDER RE: (1) APPLICATION TO EMPLOY REAL ESTATE BROKER; (2) APPLICATION TO EMPLOY GENERAL COUNSEL; (3) STATUS CONFERENCE –DISCLOSURE STATEMENT; AND (4) DISMISSAL OF CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of December 12, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Andrew K Alper on behalf of Creditor Miracle Day Investment, LLC - aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
Barry S Glaser on behalf of Creditor Los Angeles County Treasurer and Tax Collector - bglaser@swesq.com
Barry S Glaser on behalf of Interested Party Courtesy NEF - bglaser@swesq.com
Chun Hsu on behalf of Creditor Miracle Day Investment, LLC - chsu@frandzel.com, efiling@frandzel.com,bwilson@frandzel.com
Ron Maroko on behalf of U.S. Trustee United States Trustee (LA) - ron.maroko@usdoj.gov
Byron Z Moldo on behalf of Debtor Monika Ruth Arefi - bmoldo@ecjlaw.com, lpekrul@ecjlaw.com
Faye C Rasch on behalf of Attorney Faye Rasch - frasch@ecjlaw.com, kanthony@ecjlaw.com
Faye C Rasch on behalf of Debtor Monika Ruth Arefi - frasch@ecjlaw.com, kanthony@ecjlaw.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Gilbert R Yabes on behalf of Interested Party Courtesy NEF - ch11ecf@piteduncan.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Monika Ruth Arefi
805 N. Rodeo Dr.
Beverly Hills, CA 90210

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page