# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Monika Ruth Arefi
aka Monika Arefi

**BANKRUPTCY NO.** 2:13−bk−33301−BR

**CHAPTER** 11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−8493
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 12/23/13

**Address:**
805 N. Rodeo Dr.
Beverly Hills, CA 90210

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

with restriction from refling through and
including 12/11/2014

Dated: December 23, 2013

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24

**67 / SF**